Dennis E. Wagner, Esq., CA Bar No. 099190
WAGNER & PELAYES, LLP
1325 Spruce Street, Suite 200
Riverside, CA 92507
Telephone: (951) 686-4800
Fax:         (951) 686-4801

**NOTE CHANGES MADE BY THE COURT**

Attorneys for County of San Bernardino, San Bernardino County Deputy Sheriff Shelly Krusbe, Sgt. Manny Mendoza, Deputy Paul Arce

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

JOSEPH MILLER,

　　　　Plaintiff,

　　vs.

THE COUNTY OF SAN BERNARDINO, SHELLY KRUSBE, MENDOZA, P. ARCE, SCARANO, DOES 1-10 Inclusive,

　　　　Defendants.

CASE NO.: EDCV06-1310 VAP (JCRx)

**(PROPOSED) STIPULATION FOR PROTECTIVE ORDER** (As modified)

IT HEREBY ORDERED by the Court, pursuant to this Stipulation by the parties, that the following documents shall be under the following Protective Order: *All terms and conditions set forth below are expressly limited to the discovery phase of this litigation + do not bind the District Court as to the discoverability / evidence after discovery is completed.*

1.　　All documents and materials designated by Bates stamped numbers 000094 to 000121, and three micro-cassette tapes designated by Bate stamped numbers 000122 to 00124. Such designation shall be made by stamping or otherwise marking the material prior to use in this litigation,

1

(PROPOSED) STIPULATION FOR PROTECTIVE ORDER

as follows: "Confidential Material which is subject to protective order". The documents contain confidential statements pursuant to internal administrative investigation of Citizens Complaint # 5151-17-246. The County of San Bernardino and the other defendants herein collectively seek to protect that information from disclosure on security grounds.

2. The "Confidential Material" shall be used solely in connection with this litigation in the preparation and trial of this case, and not for any other litigation. *Subject to approval of the District Court,* To the extent the material is used at trial, personal information shall be redacted. Safeguarding confidential information and prevention of identity theft are the factors that motivate the present Stipulation.

3. The "Confidential Material" may be disclosed only to the following persons;

    a) counsel and all parties to this action;

    b) paralegal, stenographic, clerical, and secretarial personnel regularly employed by counsel referred to in (a);

    c) court personnel, including stenographic reporters engaged in proceedings as are necessary incidental to preparation for the trial of this action;

    d) any outside expert or consultant retained in connection with this action and not otherwise employed by either party;

    e) any in-house expert designated by defendants to testify at trial in this matter;

    f) witnesses herein may have the documents disclosed to them during deposition proceedings; the witnesses may not leave the deposition with copies of the documents, and shall be bound by the provisions of paragraph 4.

4. Each person to whom disclosure is made, with the exception of

counsel, who are presumed to know of the contents of this protective order shall, prior to the time of disclosure, be provided by the person furnishing him/her such material, a copy of this order, and shall agree on the record or in the writing that he/she has read the protective order and that he/she understands the provisions of the protective order.

5. At the conclusion of the trial and of any appeal, or upon other termination of this litigation, all confidential material received in the provision of this order (including any copies made) shall be destroyed by each party and their attorneys.

6. The foregoing is without prejudice to the right of any parties:

a) To apply to the Court for a further protective order relating to any confidential material, or relating to discovery in this litigation; b) to apply to the Court for an order removing the "Confidential Material" designation from the document; c) to apply to the Court for an order compelling production of documents or modification of this order or for any order permitting disclosure of confidential material beyond the terms of this order.

DATED: December 20, 2007   WAGNER & PELAYES, LLP

DENNIS E. WAGNER
Attorney for Defendants
COUNTY OF SAN BERNARDINO, SAN BERNARDINO COUNTY SHERIFF SHELLY KRUSBE, SGT. MANNY MENDOZA, DEPUTY PAUL ARCE

//
//
//

1 | DATED: Dec 19, 2007        LAW OFFICES OF DALE K. GALIPO
2
3 | _____
4 | DALE K. GALIPO
  | Attorney for Plaintiff
5 | JOSEPH MILLER
6
7
8
9 |                    O R D E R
10 | The Stipulation for Protective Order is Granted as requested by the
11 | parties and the materials designated herein shall be subject to all terms
   | and conditions.
12
13 | DATED: 1/2/08
14 | _____
   | UNITED STATES ~~DISTRICT COURT~~
15 |                    Magistrate Judge
16
...
28

4

(PROPOSED) STIPULATION FOR PROTECTIVE ORDER

**PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                       ) ss:
COUNTY OF RIVERSIDE    )

I, the undersigned, declare:

I am employed in the County of Riverside, State of California. I am over the age of 18 years and not a party to this action; my business address is 1325 Spruce Street, Suite 200 Riverside, California 92507.

On the date written below, I served the document named below on the parties indicated below, in the following manner:

☒ **(By Mail)** I am familiar with this office's practice for the collection and processing of documents for mailing with the United States Postal Service. The documents are deposited with the United States Postal Service on the same day in the ordinary course of business. I placed a true copy of the document thereof in a sealed envelope and caused said document(s) to be delivered in this manner.

☐ **(By Overnight Mail)** I am familiar with this office's practice for the collection and processing of documents for overnight mail. The documents are collected by the delivery service company on the same day in the ordinary course of business. I caused said document(s) to be delivered in this manner.

☐ **(By Facsimile)** I am familiar with this office's practice for the facsimile transmission of documents. I caused said document(s) to be sent to the facsimile numbers listed below and caused said machine to print a transmission record, a copy of which I have retained. The sending machine is (951) 686-4801.

**DOCUMENT:** (PROPOSED) STIPULATION FOR PROTECTIVE ORDER

**PARTIES SERVED:** *SEE ATTACHED SERVICE LIST*

☒ **(STATE)** I declare under penalty of perjury under the laws of the State of California, United State of America that the above is true and correct to the best of my knowledge.

Executed on December 31, 2007 at Riverside, California.

_____
ESMERALDA CAMACHO, Declarant

## SERVICE LIST

Law Offices of Dale K Galipo   Attorneys for Plaintiff
21800 Burbank Blvd, Ste 310
Woodland Hills, CA 91367
Tel:  (818) 347-3333
Fax: (818) 347-4118